**Opinion issued May 2, 2013.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00144-CV

———————————

## IN RE ADENIKE SANNI, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator Adenike Sanni filed a petition for writ of mandamus seeking relief from the trial court's temporary orders in a suit affecting the parent child relationship.[1] We requested and received a response from real party in interest Geoderick Daniels. We deny the petition for writ of mandamus and deny all pending motions as moot.

---

[1] The underlying suit is *In re D.M.S.*, No. 2002-08930, in the 309th District Court of Harris County, Texas. The respondent is the Honorable Sheri Y. Dean.

## PER CURIAM

Panel consists of Justices Keyes, Bland, and Huddle.